Sandra J. SCHOOF

v.

George T. SCHOOF.

No. 80–139–A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Robert D. MacLean, Providence, for petitioner.

Quinn, Cuzzone, Geremia & Pennacchia, Dianne Griffin, Providence, for respondent.

## ORDER

The petitioner's motion to remand this case to the Family Court for hearing on petitioner's request for restraining order against the respondent is granted. Following said hearing, the papers herein shall be returned to this court forthwith.

BEVILACQUA, C. J., and DORIS, J., did not participate.

Dorothea S. SHOLA

v.

STATE.

No. 80–2–A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Anderson, Henning & Anderson, Charles H. Anderson, Providence, for plaintiff.

Dennis J. Roberts II, Atty. Gen., Eileen G. Cooney, Spec. Asst. Atty. Gen., for defendant.

## ORDER

The plaintiff's motion to dismiss this appeal for failure of defendant to file its brief is granted, provided, that if said brief is filed on or before October 27, 1980, this appeal shall be automatically reinstated.

BEVILACQUA, C. J., and DORIS, J., did not participate.

STATE

v.

Dorothy BULHOES.

No. 80–152–C.A.

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

Dale G. Anderson, Asst. Public Defender, for defendant.

## ORDER

The motion of both parties herein to supplement the record with the transcript of the parties' opening statements is granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.